IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VICTORIA TOTH,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-2276
LT Case No. 2018-CF-12966-A

Decision filed April 26, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Matthew J. Metz, Public Defender,
and Nancy Ryan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and TRAVER, JJ., concur.